## COMPLAINT/REMOVAL DISMISSAL
### United States District Court
### Southern District of New York

Mag. Judge Dkt. No. 22 Mag. 218                    Date August 4, 2022

USAO No. 2022R00018

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

United States v. Karina Grigoryeva (as to that defendant only)

The Complaint/Rule 40 Affidavit was filed on January 7, 2022

____ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

Kevin Sullivan
(Print name)

**SO ORDERED:**

_____        8-4-2022
UNITED STAES MAGISTRATE JUDGE              DATE

Distribution:   White → Court       Yellow → U.S. Marshals       Green → Pretrial Services       Pink → AUSA Copy